UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANDON L. WASHINGTON,                    :
                                         :    ORDER
                    Plaintiff,           :    22 Civ. 1440 (PAE) (GWG)
                                         :
     -v.-                                :
                                         :
C.O. JOHNSON et al.,                     :
                                         :
                    Defendant.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Defendants have filed a motion to dismiss the complaint in this action. (Docket # 14). If plaintiff intends to oppose the motion, he shall file a memorandum in opposition on or before July 11, 2022. Defendants' reply, if any, is due on or before July 25, 2022.

     SO ORDERED.

Dated: June 13, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge