UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LANDON L. WASHINGTON,   :

　　　　　　　　　　　　　　　　　　　：　　ORDER
　　　　　　Plaintiff,　　　　　　　　　　22 Civ. 1440 (PAE) (GWG)
　　　　　　　　　　　　　　　　　　　：

　　-v.-
　　　　　　　　　　　　　　　　　　　：

C.O. JOHNSON et al.,
　　　　　　　　　　　　　　　　　　　：
　　　　　　Defendant.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

　　　　Defendants have filed a motion to dismiss the complaint in this action. (Docket # 14). In an order dated August 15, 2022, plaintiff was ordered to file a response by September 19, 2022. (Docket # 26). Plaintiff has failed to do so. In light of plaintiff's pro se status, the Court will extend the deadline to file a response to October 25, 2022. By October 25, 2022, plaintiff must either file a memorandum of law opposing the motion or file a letter stating that he does not intend to oppose the motion.

　　　　Plaintiff is warned that if he fails to comply with this Order, this case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

　　　　If plaintiff files an opposition to the defendants' motion, defendants' reply, if any, is due November 7, 2022.

　　　　SO ORDERED.

Dated:　October 4, 2022
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge