```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANDON L. WASHINGTON,                            :
                                                 :      ORDER
                    Plaintiff,                   :      22 Civ. 1440 (PAE) (GWG)
                                                 :
       -v.-                                      :
                                                 :
C.O. JOHNSON et al.,                             :
                                                 :
                    Defendant.                   :
------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     Defendants have filed a motion to dismiss the complaint in this action. (Docket # 14). In an order dated August 15, 2022, plaintiff was ordered to file a response by September 19, 2022. (Docket # 26). The Court then sua sponte extended the deadline to file a response to October 25, 2022. (Docket # 29). Mailings to plaintiff regarding both orders were returned undelivered, and the Court has since determined that plaintiff's address within the prison system has changed following his release and re-arrest on September 30, 2022. Accordingly, the Clerk is directed to change Washington's mailing address on the docket to the following:

> Landon Washington
> \# 349 220 3269
> 09-09 Hazen Street
> East Elmhurst, NY 11370

     In light of the plaintiff's pro se status, the Court will again extend the time to file a response sua sponte. By November 16, 2022, plaintiff must either file a memorandum of law opposing defendants' motion to dismiss or file a letter stating that he does not intend to oppose the motion.

     Plaintiff is warned that if he fails to comply with this Order, his case may be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Plaintiff is also warned that it is his responsibility to update his address with the Court and that if he fails to do so in the future, his case may be dismissed.

If plaintiff files an opposition to the defendants' motion, defendants' reply, if any, is due November 30, 2022.

SO ORDERED.

Dated: November 2, 2022
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge