UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LANDON L. WASHINGTON,              :

                                              :        <u>ORDER</u>
               Plaintiff,              22 Civ. 1440 (PAE) (GWG)
                                              :

    -v.-
                                              :

C.O. JOHNSON et al.,
                                              :

               Defendant.
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Defendants have filed a motion to dismiss the complaint in this action. (Docket # 14). In an order dated August 15, 2022, plaintiff was ordered to file a response by September 19, 2022. (Docket # 26). The Court then sua sponte extended the deadline to file a response to October 25, 2022. (Docket # 29). On November 2, 2022, the Court directed the Clerk to update plaintiff's address and <u>sua sponte</u> extended the time to file a response to November 16, 2022. (Docket # 30). Plaintiff has not responded. In light of plaintiff's <u>pro se</u> status, the Court will grant plaintiff one final extension. By December 22, 2022, plaintiff must either (a) file a memorandum of law opposing defendants' motion to dismiss or (b) file a letter stating that he does not intend to oppose the motion.

      Plaintiff is warned that if he fails to comply with this Order, the undersigned will issue a Report and Recommendation recommending that this case be <u>dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b)</u>.

      If plaintiff files an opposition to the defendants' motion, defendants' reply, if any, is due January 6, 2023.

      SO ORDERED.

Dated: December 1, 2022
       New York, New York

                                              _____
                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge