UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LANDON L. WASHINGTON,

                            Plaintiff,

        -v-

C.O. JOHNSON ET AL.,

                            Defendants.

22 Civ. 1440 (PAE) (GWG)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received, by mail, the attached letter from plaintiff Landon L. Washington. The Court will consider the letter, which is dated December 12, 2022, in deciding the pending motion to dismiss.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 30, 2023
       New York, New York

Dec 12, 2022            Landon L Washington
22 Civ. 1440 (PAE)(GWG) #349-220-3269
                        09-09 Hazen St
                        East Elmhurst, NY 11370

United State District Court
Southern District of New York
500 Pearl St
New York, NY 10007


    I Landon L Washington is writing this letter to oppose the defendant's Motion to dismiss. This matter needs to be settled accordingly within the courts. This issue is on going and continues to violate the rights of many individual who are within the custody the City of New York Department of Corrections.

Respectfully

[signature]