UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LANDON L. WASHINGTON,

                Plaintiff,

  -against-                                     22 **CIVIL** 1440 (PAE)(GWG)

                                                 **JUDGMENT**

C.O. JOHNSON, Food Service Officer, CAPT.
SMART, Area Supervisor, CITY OF NEW
YORK,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2023, the Court has accepted and adopted Judge Gorenstein's December 21, 2022 Report and Recommendation in its entirety. Defendants' motion to dismiss is granted, and the complaint is dismissed without prejudice to Washington raising proper claims as to the alleged ongoing violations upon exhaustion of his administrative remedies.

**Dated:** New York, New York

        February 6, 2023

                                                      **RUBY J. KRAJICK**

                                                         _____
                                                            **Clerk of Court**

                                   **BY:**   *K. Mango*

                                                         _____
                                                            **Deputy Clerk**